AO 91 (Rev. 08/09)  Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT  JUL 13 2018

for the

Southern District of Texas          . Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Victor Manuel CAMARGO-Agreda, YOB: 1979,<br>COC MEX | )<br>)<br>)<br>)<br>)<br>) |

Case No.  M-18-1425-M

_____ ⊞
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 12, 2018_____ in the county of _____Starr_____ in the

___Southern___ District of ___Texas___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 United States Code 841<br><br>21 United States Code 846 | Did knowingly and intentionally possess with intend to distribute approximately 17 kilograms (gross weight) of cocaine, a Schedule II Controlled Substance; knowingly and intentionally conspire: to possess with intent to distribute a controlled substance, to wit approximately 17 kilograms of cocaine, a Schedule II Controlled Substance, |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Complainant's signature

Rafael Garza Jr HSI SA
Printed name and title

Sworn to before me and signed in my presence.     7/13/18

Date:  July 13, 2018

Judge's signature

City and state:  McAllen, Texas

J. Scott Hacker, U.S. Magistrate Judge
Printed name and title

**Attachment "A"**

On July 12, 2018, United States Customs and Border Protection (CBP) requested assistance from Department of Homeland Security Investigations (HSI) from the office of the Resident Agent in Charge, Falcon Heights, Texas regarding a narcotics smuggling attempt.  HSI Special Agent (SA) Rafael Garza Jr. responded to the Roma Texas Port of Entry (POE) to investigate.

Customs and Border Protection Officers (CBPOs) reported that Victor Manuel CAMARGO-Agreda (driver), a Citizen of Mexico, was seeking entry into the United States on July 12, 2018 in a 2005 Ford Taurus bearing Tamaulipas license plate number 283-TR-J5. CAMARGO-Agreda was the sole occupant in the vehicle. CBPOs received a negative declaration from the driver.  CBPOs in primary questioned CAMARGO-Agreda for the purpose of visiting United States.  During questioning, CBPOs noticed CAMARGO-Agreda appeared nervous while answering to questions.  CBPOs also noticed that the 2 rear doors side panels appeared to be tampered with.  CBPOs referred CAMARGO-Agreda and his vehicle to secondary for further inspection.

While at secondary, CBPOs noticed packages inside the door panels of the vehicle. A total of 17 packages were discovered and extracted.  The packages contained a white powdery substance and tested positive for the characteristics of cocaine.  The packages had a total weight of approximately 17 kilograms.

TFO Ozuna read CAMARGO-Agreda his rights in the Spanish language, witnessed by HSI SA Garza Jr.  CAMARGO-Agreda stated he understood his rights and waived his right to have an attorney present. CAMARGO-Agreda confessed he was going to receive $1,000.00 dollars to smuggle marijuana in his vehicle from Mexico to the United States.

CAMARGO-Agreda was placed under arrest and transported to the Starr County Jail to await his initial appearance before the United States Magistrate Judge in McAllen, Texas.